UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.: |
| Plaintiff, | ) | 6:09-cr-22-GFVT-HAI-1 |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| RICKY HERBERT ASHER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly A. Ingram [R. 56] filed herein on October 31, 2016. The Defendant, Ricky Herbert Asher, was charged with violating his supervised release in a Supervised Release Violation Report ("the Report") dated September 23, 2016.

The Defendant began his initial supervised release term on May 28, 2016. [*Id.* at 1.] He first violated the terms of his supervised release in January 2016. [*Id.*] At that time, the court revoked Asher's supervised release; sentenced Asher to five months incarceration; and reimposed supervised release for a period of thirty months to follow. [*Id.*] He began his second term of supervised release on June 10, 2016.

The Report alleges that on September 22, 2016, the Defendant was arrested in Clay County, Kentucky, for the misdemeanor crime of disorderly conduct in the first degree. The report alleges that the Defendant entered Big Creek Elementary school with the intent to cause alarm by yelling and cussing at the principal, a teacher, and school children. [*Id.* at 1.] The

Report classifies this arrest as a Grade C Violation. [*Id.* at 2.]  Based on Defendant's criminal

category of II and the Grade C Violation, the Defendant's recommended range for incarceration

is four to ten months.  [*Id.* at 4.]

     At a hearing on October 13, 2016, the Defendant presented evidence that he was

attempting to protect his son from bullying when he committed the misdemeanor at issue.  [*Id.*at

4.]  Judge Ingram noted that the Defendant's intent was mitigating and that the Defendant's

present violation was distinguishable from his previous violations.  For these reasons, Judge

Ingram recommended a downward departure from the recommended sentence.  Defendant and

the Government were in agreement with the downward departure.  [*Id.*]

     Upon evaluation of the entire record, including the most recent Supervised Release

Violation Report and accompanying documents and the sentencing materials from the underlying

judgments in this District, Magistrate Judge Ingram issued an R&R recommending revocation

and reincarceration for a term of one month and supervised release to follow imprisonment until

December 9, 2018.  [*Id.* at 7.]  The R&R recommends that Defendant's supervised release be

under the same conditions previously imposed with the added conditions that: (1) Defendant

have no contact with any persons involved at the incident at Big Creek Elementary School; (2)

Defendant stay away from and off of the Big Creek Elementary School grounds; and (3)

Defendant call the USPO once a week for a term of two months to report to Officer Armstrong

his efforts at securing employment.  [*Id.*]  Additionally, the Defendant's right of allocution was

preserved.  [*Id.*]

     Generally, this Court must make a *de novo* determination of those portions of a

recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c).  When no

objections are made, however, this Court is not required to "review . . . a magistrate's factual or

legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  Nevertheless, this Court has examined the record and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 56**] as to Ricky Herbert Asher is **ADOPTED** as and for the Opinion of the Court;

2. Ricky Herbert Asher is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

3. Mr. Asher's Supervised Release is **REVOKED**;

4. Mr. Asher is hereby sentenced to a term of incarceration of **one month**, with release to occur on Friday, November 11, 2016; and

5. Mr. Asher will be under Supervised Release effective after his period of incarceration until December 9, 2018, under the same conditions previously imposed [R. 22], with the added conditions that: (1) Defendant have no contact with any persons involved at the incident at Big Creek Elementary School; (2) Defendant stay away from and off of the Big Creek Elementary School grounds; and (3) Defendant call the USPO once a week for a term of two months to report to Officer Armstrong his efforts at securing employment.

This 3rd day of November, 2016.

Gregory F. Van Tatenhove
United States District Judge