UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Crim. No.: 6:09-cr-22-GFVT-HAI-1 |
| V. | ) | |
| | ) | |
| RICKY HERBERT ASHER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly A. Ingram. [R. 65.] The Defendant, Ricky Herbert Asher, was charged with violating his supervised release in a Supervised Release Violation Report ("the Report") dated January 5, 2017. [*See id*. at 2.]

Defendant has violated his Supervised Release multiple times. The Defendant began his initial supervised release term on May 28, 2016. [*Id.* at 1.] He first violated the terms of his supervised release in January 2016. [*Id.*] At that time, the court revoked Asher's supervised release; sentenced Asher to five months incarceration; and reimposed supervised release for a period of thirty months to follow. [*Id.*] He began his second term of supervised release on June 10, 2016. He violated the terms of his supervised release a second time and was arrested on October 12, 2016. [R. 50.] He was sentenced to one month incarceration and supervised release until December 9, 2018. [R. 58.] He began his most recent term of supervised release on November 11, 2016. [R. 65 at 2.]

On January 5, 2017, the United States Probation Office issued a third Supervised Release Violation Report alleging that Defendant had violated two conditions of his supervised release. [R. 65 at 2.] Defendant's most recent violation stems from a positive drug test for amphetamine and methamphetamine returned on January 3, 2017. [*Id*.] The first violation is for using the controlled substance(s) and the second violation is for committing another federal, state, or local crime and possessing a controlled substance. [*Id*.] Violation One is a Grade C violation and Violation Two is a Grade B violation. [R. 65 at 4.]

At a hearing on January 23, 2017, the parties agreed to the Defendant stipulated to the charged violations and admitted the factual basis for the violations. [*Id*. at 3.] The parties did not agree to the sentence to be imposed.

Upon evaluation of the entire record, Magistrate Judge Ingram issued an R&R recommending revocation and reincarceration for a term of twelve months and supervised release with the same conditions previously imposed to follow imprisonment for two years from the date of release. [*Id.* at 7.] Defendant has waived his right of allocution. [R. 66.]

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as

follows:

1. The Magistrate's Recommended Disposition [**R. 65**] as to Ricky Herbert Asher is **ADOPTED** as and for the Opinion of the Court;

2. Ricky Herbert Asher is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

3. Mr. Asher's Supervised Release is **REVOKED**;

4. Mr. Asher is hereby sentenced to a term of incarceration of **twelve months**; and

5. Mr. Asher will be under Supervised Release for two years from the date of release under the same conditions previously imposed. [R. 22; R. 56.]

This the 4th day of April, 2017.

Gregory F. Van Tatenhove
United States District Judge